JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| ALINE FARAH an Individual, | Case No. 2:14-cv-07271-AB-PLA |
|---|---|
| Plaintiff, | Hon. André Birotte Jr. |
| v. | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)-(B) |
| J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES INC., a New York corporation; and DOES 1 through 25, Inclusive, | |
| Defendants. | Complaint Filed: July 31, 2014<br>Trial Date:       None Set |

1  Pursuant to the Parties' Joint Stipulation for Dismissal With Prejudice pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(A)-(B) filed on April 4, 2016, and for good
3  cause shown, this case is hereby DISMISSED in its entirety WITH PREJUDICE. Each
4  party shall bear its own fees and costs.

6  Dated: April 5, 2016

7  Hon. André Birotte Jr.
   United States District Judge

1
[PROPOSED] ORDER

25192240v.1